# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



-------------------------------------- X

SEAN M. COSBY,

     **Plaintiff,**

     -against-

CITY OF WHITE PLAINS, NEW YORK, through
the CITY OF WHITE PLAINS, NEW YORK
POLICE DEPARTMENT, P.O. JOHN KREINBIHL,
#027-1703, P.O DEMCHUK #157-1750, P.O.
"BOWLEG", C. COUNSELOR RUTLEDGE,
P.O. "JOHN" WADE, DETECTIVE CAIATI, JOHN
DOES 1-10, in their individual and official
capacities, and through the LAW DEPARTMENT
OF THE CITY OF WHITE PLAINS, NEW YORK;
JANE DOE, WESTCHESTER COUNTY
HEALTH CARE CORPORATION, THE COUNTY
WESTCHESTER, NEW YORK, TASER
INTERNATIONAL, INC., WESTCHESTER
COUNTY HEALTH CARE CORPORATION,

     **Defendants.**

-------------------------------------- X

     **04 Civ 05829 (CLB)(GAY)**

     **JUDGMENT**

  Whereas the above entitled action having been assigned to the Honorable Charles L.
Brieant, U.S.D.J., and the Court thereafter on March 5, 2007, having handed down an endorsed
Report and Recommendation of Hon. Magistrate Judge George A. Yanthis, U.S.M.J. (docket
#71) adopting the Report and Recommendation, granting the Defendants' Motions for Summary
Judgment (docket #49 and docket#53) and the Court declines to make the finding contemplated
by Rule 54(b), it is,

     **ORDERED, ADJUDGED AND DECREED:** that the Report and
Recommendation is adopted, the Defendants' motions for Summary Judgment (docket #49 and
docket #53) is granted and the Court declines to make the finding contemplated by Rule 54(b),
case is hereby closed.

DATED: White Plains, N.Y.
   March 6, 2007

           *J. Michael McMahon*

           **J. Michael McMahon**
           **Clerk Of Court**

MAR 0 7 2007

MICROFILM